DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LYNFORD R. BLACKWOOD,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0511

[May 7, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Peter Holden, Judge; L.T. Case No. 95-001473-CF10A.

Lynford R. Blackwood, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Ratliff v. State*, 914 So. 2d 938 (Fla. 2005); *Padgett v. State*, No. 3D25-0349, 2025 WL 1172840, at *1 (Fla. 3d DCA Apr. 23, 2025).

GROSS, GERBER and FORST, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***